# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHAD MCCLENDON AND TASHA
MCCLENDON

VERSUS

DEREK EDENS, GOVERNMENT
EMPLOYEES INSURANCE COMPANY,
U-HAUL COMPANY OF LOUISIANA,
REP-WEST INSURANCE COMPANY,
AREC 30, LLC AND ABC
INSURANCE COMPANY

NO.  2021 CW 0894

**MARCH 17, 2022**

---

In Re:   U-Haul Co. of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694848.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** On *de novo* review, we conclude that no genuine issue of material fact exists as to whether Derek Edens was in the course and scope of his employment with defendant, U-Haul Company of Louisiana, at the time of the accident. The mere fact that an employee is "on call" does not automatically give rise to liability on the part of the employer. See **Johnson v. C's Transportation Servs., LLC,** 2020-0338 (La. App. 1st Cir. 8/4/21), 2021 WL 3418693(unpublished). There was no evidence that Derek Edens was on duty, responding to a call, or performing any work-related activity at the time of this accident. Accordingly, we grant the writ application, reverse the trial court's June 16, 2021 judgment, and render judgment herein in favor of U-Haul Company of Louisiana granting its motion for summary judgment and dismissing plaintiffs' claims against it.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT